

**Katten**
Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.8776 fax

JAMES TAMPELLINI
james.tampellini@kattenlaw.com
212.940.6680 direct
212.894.5681 fax

May 1, 2014

<u>*Via Electronic Filing*</u>
Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   **Union Central Life Ins. Co. v. Heather A. Berger, et. al.**
      <u>**Second Circuit Docket No.: 14-1105**</u>

Dear Ms. Wolfe:

We represent appellants Heather A. Berger and Rise K. Cross in the above referenced action ("Appellants"). Pursuant to Local Rule 31.2(a)(l)(B), we respectfully request that the deadline for filing of the Appellants' Brief be set for July 21, 2014, which is 91 days after the April 21, 2014 filing of Appellants' certificate that no transcript will be ordered (i.e., the "ready date").

Respectfully submitted,

James Tampellini

cc:   Steven P. Del Mauro, Esq.
      McElroy, Deutsch, Mulvaney & Carpenter, LLP
      3 Gateway Center
      100 Mulberry Street
      Newark, NJ  07102-4079
      *Attorneys for Union Central Life Ins. Co.*

      William H. Prout, Jr., Esq.
      Kim E. Rinehart, Esq.
      Wiggin and Dana LLP
      One Century Tower
      265 Church Street
      P.O. Box 1832
      New Haven, Connecticut 06508-1832
      *Attorneys for Cynthia Steinmetz, individually and as*
      *Executrix of the Estate of Wayne A. Cross*