UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of May, two thousand and fourteen,

_____

| | |
|---|---|
| Union Central Life Insurance Company, | **ORDER** |
|     Plaintiff - Counter Defendant - Cross Defendant - Appellee, | Docket No: 14-1105 |
| v. | |
| Heather A. Berger, | |
|     Defendant - Counter Claimant - Cross Claimant - Appellant, | |
| Rise K. Cross, | |
|     Defendant - Counter Claimant - Cross Claimant - Cross Defendant - Appellant, | |
| v. | |
| Cynthia Steinmetz, individually and as administratix of the Estate of Wayne A. Cross, | |
|     Defendant - Cross Claimant - Counter Claimant - Cross Defendant - Appellee. | |

_____

    Counsel for APPELLANTS Heather A. Berger and Rise K. Cross has filed a scheduling notification pursuant to the Court?s Local Rule 31.2, setting July 21, 2014 as the brief filing date.

    It is HEREBY ORDERED that Appellants' brief must be filed on or before July 21, 2014. The appeal is dismissed effective July 21, 2014 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule

27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

    For The Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

